OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

1/21/2015

CLAYTON, GREGORY LEE      Tr. Ct. No. 444315-C

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

02 1M
0004279596
MAILED FROM ZIP CODE 78701
$ 00.26⁵
JAN 22 2015
WR-71,304-03



GREGORY LEE CLAYTON            U TF

EBN3B 77002